UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.          Case No. 25-CR-79

STEVEN J. REZMER,

    Defendant.

# ORDER

Steven J. Rezmer pled guilty to possession of child pornography. (ECF No. 11.) Counsel for Rezmer suggested that Rezmer may not be competent and requested that the court order an examination. (ECF No. 13.) The court held a hearing on that motion on July 31, 2025. For reasons more fully stated on the record, pursuant to 18 U.S.C. §§ 4241, 4247(b), and 4247(c),

**IT IS THEREFORE ORDERED**:

1. A hearing will be held to determine Rezmer's competency.

2. In anticipation of the hearing, an examination and evaluation of Rezmer will be undertaken to determine whether he is suffering from a mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings and to assist properly in his defense.

3. Rezmer is committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed 30 days.

4. It is recommended that any examination occur locally by a qualified expert identified by Pretrial Services.

Dated at Milwaukee, Wisconsin this 31st day of July, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge