# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  Case No. 25-CR-79

STEVEN J. REZMER,

      Defendant.

## ORDER FOR COMMITMENT

On May 1, 2025, the United States of America filed a one-count information, charging Steven J. Rezmer with violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2). (ECF No. 1.) Rezmer waived his right to prosecution by indictment. (ECF No. 7.) On May 15, 2025, Rezmer pled guilty to this single count. (ECF No. 6.)

While awaiting sentencing, Rezmer, by and through his attorney, filed a motion for a mental examination to determine his competency to move forward in these proceedings. (ECF No. 13.) The court held a hearing on that motion on July 31, 2025 (ECF No. 15) and ordered a psychological examination and evaluation of Rezmer be conducted (ECF No. 16).

On September 16, 2025, licensed psychologist Sheryl Dolezal, Psy.D., issued a report in which she concluded, to a reasonable degree of professional certainty, that Rezmer was not competent to proceed and that he likely would not regain his competency with treatment. (ECF No. 20.) On October 9, 2025, the court held a hearing with the parties at which they did not contest the report's conclusion and recommendation.

Accordingly, based upon the foregoing, pursuant to 18 U.S.C.§ 4241(d), the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to proceed, meaning that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Based upon this finding,

**IT IS ORDERED** that the defendant is hereby committed to the custody of the United States Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility:

> (1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and
>
> (2) for an additional period of time until —
>
>> (A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

(B) the pending charges against him are disposed of according to law;

whichever is earlier.

**IT IS FURTHER ORDERED** that, when the director of the facility in which the defendant is hospitalized determines that the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, the director shall promptly file a certificate to that effect with the Clerk of Court for this district.

Dated at Milwaukee, Wisconsin this 9th day of October, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge